FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.

★ AUG 17 2018 ★

BROOKLYN OFFICE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

FRANCIS MCADAMS,

                Plaintiff,

v.

MRS BPO, LLC.,

                Defendant.

-------------------------------------------------------X

COURT FILE NO. 2:17-cv-647-ARR-RER


IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

PHILLIS CALANDRA, individually and on
behalf of all others similarly situated,

                Plaintiff,

v.

MRS BPO, LLC,

                Defendant.

-------------------------------------------------------X

COURT FILE NO. 17-cv-02019-ARR-RER

4165298v1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X
PETER DIPISA, individually and on behalf of
all others similarly situated,

                COURT FILE NO. 2:17-cv-02586-ARR-RER

         Plaintiff,

v.

MRS BPO, LLC,

         Defendant.

-------------------------------------------------------X


IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X
WAYNE DYKES, individually and on behalf
of all others similarly situated,

                COURT FILE NO. 2:17-cv-02587-ARR-RER

         Plaintiff,

v.

MRS BPO, LLC,

         Defendant.

-------------------------------------------------------X

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X
MICHELINA HOFFMAN, individually and on
behalf of all others similarly situated,

                           COURT FILE NO. 2:17-cv-02447-ARR-RER

                  Plaintiff,

v.

MRS BPO, LLC,

                  Defendant.

---------------------------------------------------------X

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X
LISA MESSINA, individually and on behalf of
all others similarly situated,

                           COURT FILE NO. 2: 17-cv-02585-ARR-RER

                  Plaintiff,

v.

MRS BPO, LLC,

                  Defendant.

---------------------------------------------------------X

### JOINT STIPULATION FOR VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for the parties to the above-entitled related actions, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the actions, the above-entitled actions

3

4165298v1

are, and the same hereby are discontinued with prejudice as to defendants, and without prejudice as to the rights of any putative class members, if any. Each party shall bear its own costs and fees. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: August 15, 2018

By /s/ David M. Barshay
   David M. Barshay, Esq.
   Craig B. Sanders, Esq.
   Barshay Sanders, PLLC
   100 Garden City Plaza, Suite 500
   Garden City, New York 11530
   csanders@sanderslawpllc.com
   dbarshay@bakersanders.com

By /s/ Michael T. Etmund
   Michael T. Etmund, Esq.
   Moss & Barnett, PA
   150 South Fifth Street, Suite 1200
   Minneapolis MN 55402-4129
   Telephone: (612) 877-5000
   mike.etmund@lawmoss.com

So ordered
/s/(ARR)   USDJ
8/16/18

4165298v1